✎JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**                                           **U.S. District Court - District of Massachusetts**

**Place of Offense:** Boston          **Category No.** II          **Investigating Agency** Homeland Security Investigations

**City** Boston
**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

**Defendant Information:**
Defendant Name: Antonio Jose De Abreu Vidal Filho          Juvenile: ☐ Yes ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
Alias Name: _____
Address: 266 County Farm Road Dover, NH
Birth date (Yr only): 1994   SSN (last 4#): 9915   Sex: M   Race: Hispanic   Nationality: Brazilian

**Defense Counsel if known:** _____   Address: _____
Bar Number: _____

**U.S. Attorney Information**
AUSA: Laura J. Kaplan          Bar Number if applicable: _____

**Interpreter:** ☑ Yes ☐ No          List language and/or dialect: Portuguese

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested     ☐ Regular Process     ☑ In Custody

**Location Status:** ICE custody

**Arrest Date:** _____

☑ Already in Federal Custody as of August 14, 2023 in Strafford HOC, Dover, NH .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☑ Indictment
**Total # of Counts:**  ☐ Petty ___   ☐ Misdemeanor ___   ☑ Felony 5

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 5/21/2024          Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  Antonio Jose De Abreu Vidal Filho

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1546(a) | Fraud and Misuse of Visas, Permits, and Other Documents | 1, 2 |
| Set 2 | 18 U.S.C. § 1621(2) | Perjury | 3 |
| Set 3 | 18 U.S.C. § 1621(1) | Perjury | 4 |
| Set 4 | 18 U.S.C. § 1001(a)(1) | Falsifying, Concealing and Covering Up A Material Fact | 5 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**